12-27-2015

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS

2015 DEC 30 AM 9:58



KEITH E. HOTTLE, CLERK

FOURTH COURT OF APPEALS
300 DOLOROSA, STE. 3200
SAN ANTONIO, TX 78205-3037

RE: COURT OF APPEALS NUMBER: 04-15-00696-CV
TRIAL COURT CASE NUMBER: 2014-CI-09579

I RECIEVED NOTIFICATION THAT BOTH THE CLERK'S RECORD AND THE COURT REPORTER'S RECORDS HAVE BEEN FILED IN THE ABOVE REFERENCED CASE. I HAVE NOT RECIEVED COPIES AS REQUESTED. WOULD YOU PLEASE CHECK IN TO THIS.

THANK YOU!

J.L. M.Whine, PRO SE
Powledge Unit 1895073
1400 FM 3452
PALESTINE, TX 75803

John M Donovan 1835077
Pewitt ye Unit
1 Pewitt 3445
Palestine, TX 75803

LEGAL MAIL

7820530079S

Fourth Court of Appeals
300 Dolorosa, Ste. 3200
San Antonio, TX 78205-3977

NORTH TEXAS TX P&DC
DALLAS TX 750
28 DEC 2015 PM 2 L

Happy
Holidays

2014
FOREVER
USA